Stacey Geis, CA Bar # 181444
Earthjustice
50 California Street, Suite 500
San Francisco, CA  94111
Phone:  (415) 217-2000
Fax:  (415) 217-2040
sgeis@earthjustice.org

*Local Counsel for Plaintiffs Sierra Club, et al.*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA CLUB; LOS PADRES FORESTWATCH; CENTER FOR BIOLOGICAL DIVERSITY; EARTHWORKS; ENVIRONMENTAL DEFENSE FUND; NATURAL RESOURCES DEFENSE COUNCIL; THE WILDERNESS SOCIETY; NATIONAL WILDLIFE FEDERATION; CITIZENS FOR A HEALTHY COMMUNITY; DINÉ CITIZENS AGAINST RUINING OUR ENVIRONMENT; ENVIRONMENTAL LAW AND POLICY CENTER; FORT BERTHOLD PROTECTORS OF WATER AND EARTH RIGHTS; MONTANA ENVIRONMENTAL INFORMATION CENTER; SAN JUAN CITIZENS ALLIANCE; WESTERN ORGANIZATION OF RESOURCE COUNCILS; WILDERNESS WORKSHOP; WILDEARTH GUARDIANS; and WYOMING OUTDOOR COUNCIL,<br><br>        Plaintiffs,<br><br>        v.<br><br>RYAN ZINKE, in his official capacity as Secretary of the Interior; BUREAU OF LAND MANAGEMENT; and UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>        Defendants. | Case No. 3:18-cv-5984<br><br>**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Respectfully submitted September 28, 2018.

/s/ Stacey Geis
Stacey Geis, CA Bar # 181444
Earthjustice
50 California Street, Suite 500
San Francisco, CA 94111
Phone: (415) 217-2000
Fax: (415) 217-2040
sgeis@earthjustice.org

*Local Counsel for Plaintiffs Sierra Club, et al.*