**ATTACHMENT**

**TO APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

Erik Schlenker-Goodrich is an attorney representing the following parties:

- Los Padres ForestWatch
- Center for Biological Diversity
- Citizens for a Healthy Community
- Diné Citizens Against Ruining Our Environment
- Earthworks
- Montana Environmental Information Center
- National Wildlife Federation
- San Juan Citizens Alliance
- Wilderness Workshop
- WildEarth Guardians
- Wyoming Outdoor Council