AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | | |
|---|---|---|
| Sierra Club, et al. | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.   3:18-cv-5984   EDL |
| Ryan Zinke, et al. | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
   SECRETARY OF THE INTERIOR RYAN ZINKE
   United States Department of the Interior
   1849 C Street, N.W.
   Washington, DC 20240
   (Additional parties listed on attachment page)

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Stacey Geis
Earthjustice
50 California St., Suite 500
San Francisco, CA  94111-4608
Phone: (415) 217-2000

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date:   10/02/2018

*Signature of Clerk or Deputy Clerk*

**Additional Parties Attachment Page to Summons in a Civil Action**

Case: *Sierra Club, et al. v. Ryan Zinke, et al.*

Case Number: 3:18-cv-5984

The following are additional **Defendants** in the above proceeding:

> BUREAU OF LAND MANAGEMENT
> 1849 C Street, N.W., Rm. 5665
> Washington, DC 20240
>
> UNITED STATES DEPARTMENT OF THE INTERIOR
> 1849 C Street, N.W.
> Washington, DC 20240