**FILED**

UNITED STATES COURT OF APPEALS

AUG 23 2021

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CALIFORNIA AIR RESOURCES BOARD; et al., | No. 20-16793 |
| Plaintiffs-Appellees, | D.C. Nos. 4:18-cv-05712-YGR<br>4:18-cv-05984-YGR |
| v. | Northern District of California, Oakland |
| DAVID BERNHARDT, in his official capacity as Secretary of the Interior; et al., | ORDER |
| Defendants-Appellants, | |
| and | |
| STATE OF WYOMING; et al., | |
| Intervenor-Defendants. | |

| | |
|---|---|
| CALIFORNIA AIR RESOURCES BOARD; et al., | No. 20-16794 |
| Plaintiffs-Appellees, | D.C. Nos. 4:18-cv-05712-YGR<br>4:18-cv-05984-YGR |
| v. | Northern District of California, Oakland |
| DAVID BERNHARDT, in his official capacity as Secretary of the Interior; et al., | |
| Defendants, | |
| AMERICAN PETROLEUM INSTITUTE; et al., | |

| | |
|---|---|
| Intervenor-Defendants, | |
| and | |
| STATE OF WYOMING, | |
| Intervenor-Defendant-Appellant. | |
| CALIFORNIA AIR RESOURCES BOARD; et al., | No.   20-16801 |
| Plaintiffs-Appellees, | D.C. Nos.   4:18-cv-05712-YGR<br>4:18-cv-05984-YGR<br>Northern District of California, Oakland |
| v. | |
| DAVID BERNHARDT, in his official capacity as Secretary of the Interior; et al., | |
| Defendants, | |
| STATE OF WYOMING, | |
| Intervenor-Defendant, | |
| and | |
| AMERICAN PETROLEUM INSTITUTE; et al., | |
| Intervenor-Defendants-Appellants. | |

2

The Clerk is directed to temporarily close Appeal Nos. 20-16793, 20-16794 and 20-16801 for administrative purposes until December 31, 2021. This administrative closure is not a decision on the merits and no mandate will issue in connection with this order.

At any time before December 31, 2021, any party may request that these appeals be reopened.

A **dial-in** telephone conference will be held on September 29, 2021, at 10:00 a.m. **Pacific Time**.

Each participant will receive an email with dial-in information.

The briefing schedules previously set by the court are vacated.

FOR THE COURT

By: Stephen M. Liacouras
Chief Circuit Mediator

sl/mediation